UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY FU,
    Plaintiff,

v.

DEMAS YAN, et al.,
    Defendants.

Case No. 18-cv-04668-MEJ

**ORDER TO SHOW CAUSE**

On August 2, 2018, Plaintiff Tony Fu filed a Complaint in which he asserts ten claims against four individuals who do not appear to be government employees (Demas Yan, Thai Ming Chu, Tina Yan, and Mark Lapham) and one California limited liability company (Legal Recovery, LLC). However, he states this Court has original jurisdiction "because Plaintiff asserts claims arising under the laws of the United States including 42 U.S.C. § 1983 and the Fifth and Fourteenth Amendments of the United States Constitution." Compl. ¶ 1, ECF No. 1. Federal district courts are courts of limited jurisdiction; "[t]hey possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citation omitted). Accordingly, "[i]t is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction." *Id.*; *Chandler v. State Farm Mut. Auto. Ins. Co.*, 598 F.3d 1115, 1122 (9th Cir. 2010).

Here, as Plaintiff names private rather than governmental actors, the Court **ORDERS** Plaintiff Tony Fu to show cause why this case should not be dismissed for lack of jurisdiction. Plaintiff shall file a declaration by August 23, 2018. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 6, 2018 at

10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u>  Thus, it is imperative that the Court receive a written response by August 23, 2018.

The Court advises Plaintiff that he may wish to seek assistance from the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at http://cand.uscourts.gov/helpcentersf.

Plaintiff may also wish to obtain a copy of the district court's *Handbook for Litigants Without a Lawyer*.  It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: August 10, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge