Tony Fu
5813 Geary Blvd., PMB 188,
San Francisco, CA 94121
(415) 830 - 9929

Plaintiff in Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Fu,<br><br>   Plaintiff,<br><br> vs.<br><br>Matthew P. Sullivan, an individual & in his<br><br>official capacities;<br><br>City and County of San Francisco, a municipal<br><br>entity;<br><br>and Does 1-50<br><br>   Defendants. | Case No.: 18-cv-04668-JST<br><br>**REQUEST FOR DISMISSAL OF COMPLAINT (AND APPEAL) WITH PREJUDICE PER CONFIDENTIAL SETTLEMENT AGREEMENT** |

  Plaintiff Tony Fu ("Fu") respectfully submits this Request for Dismissal of Complaint (and appeal) with prejudice per confidential settlement agreement with the Defendant City and County of San Francisco.

  Dated: June 15, 2022    Respectfully Submitted,


          _____
          Tony Fu, Plaintiff in Pro Se

<u>PROOF OF SERVICE</u>

Case No.: 18-cv-04668-JST

I am a legal resident of the United States, over the age of eighteen. My address is 5813 Geary Blvd., PMB 188, San Francisco, CA 94121.

On June 15, 2022, I served the attached:

REQUEST FOR DISMISSAL OF COMPLAINT (AND APPEAL) WITH PREJUDICE PER CONFIDENTIAL SETTLEMENT AGREEMENT

On the interested parties as follows:

Ryan Stevens
1390 Market Street, 7th Floor
San Francisco, CA 94102

    X    BY Email by Stipulation:    On the interested party named above in said cause, by sending the above mentioned document to the email address at ryan.stevens@sfcityatty.org .

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 15, 2022 at San Francisco, California.


_____
Tony Pu