FILED

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| TONY FU, | No. 21-15423 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 4:18-cv-04668-JST |
| v. | Northern District of California, Oakland |
| CITY AND COUNTY OF SAN FRANCISCO; MATTHEW P. SULLIVAN, an individual and in his official capacities, | ORDER |
| Defendants-Appellees, | |
| and | |
| DEMAS WAI YAN, Esquire; et al., | |
| Defendants. | |

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Fu's motion for voluntary dismissal of this appeal and dismissal of his petition for panel rehearing and petition for rehearing en banc (Docket Entry No. 37) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

No further filings will be entertained in this closed case.